# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**JO ANN SALTS, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                                     Case No.: 3:20-cv-249-J-39JRK

**AUTOGLASSNOW, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.13; Stipulation) filed on June 5, 2020. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice as the settlement provides Plaintiff with full compensation for her FLSA claim and no compromise is involved.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 25th day of June, 2020.

                                                  BRIAN J. DAVIS
                                                  United States District Judge

**Copies to:**

Counsel of Record

*ap*